# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALBERT SILVESTRE,

    Plaintiff,

vs.

BAC HOME LOANS SERVICING, LP,

    Defendant.

Case No. 2:12-cv-00415-KJD-GWF

**ORDER**

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated March 13, 2012, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **April 19, 2012**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 9th day of April, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge