1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

8   ALBERT SILVESTRE,                                    )
                                                         )
9                            Plaintiff,                  )          Case No.  2:12-cv-00415-KJD-GWF
                                                         )
10  vs.                                                  )          **ORDER**
                                                         )
11  BAC HOME LOANS SERVICING, LP,                        )
                                                         )
12                           Defendant.                  )
    _____                 )

13

14          This matter is before the Court on Defendant's failure to file a Statement in Removal.  The

15  Minutes of the Court (#3) dated March 13, 2012, required the party removing the action to this court to

16  file a Statement in Removal no later than fifteen (15) days of the minute order.  To date, Defendant has

17  not complied.  Accordingly,

18          **IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully

19  complies with the Minutes of the Court (#3) no later than **April 19, 2012**.  Failure to comply may result

20  in the issuance of an order to show cause why sanctions should not be imposed.

21          DATED this 9th day of April, 2012.

22

23                                                       _____

24                                                       GEORGE FOLEY, JR.
                                                         United States Magistrate Judge
25

26

27

28